PROB 12C
(7/93)

Report Date: July 3, 2013

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 0 5 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Fred Old Rock         Case Number: 2:13CR00098-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮   Spokane Valley, WA  99212

Name of MT Sentencing Judicial Officer:  The Honorable Sam E. Haddon, Senior U.S. District Court Judge
Name of WAE Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: January 15, 2009

Original Offense:      Involuntary Manslaughter, in violation of 18 U.S.C. §§ 1153(a), 1112

Original Sentence:     Prison - 37 months            Type of Supervision:  Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Matthew F. Duggan             Date Supervision Commenced: March 14, 2013

Defense Attorney:      Robert R. Fisher              Date Supervision Expires: March 13, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On June 7, 2013, at approximately 3:50 a.m., the offender was observed by a member of the Spokane Police Department driving in an erratic manner. His vehicle was observed completely leaving the roadway and driving up onto the adjacent sidewalk. It is reported that he made a sudden correction by crossing both lanes and possibly into the oncoming lane of traffic. The vehicle was stopped and the driver was identified as William Fred Old Rock. Mr. Old Rock had the odor of an intoxicating substance and appeared impaired. Mr. Old Rock admitted to drinking alcohol and was subsequently arrested for driving under the influence. He submitted to a breath test with a BAC result of .271 and .269. |

Prob12C
Re: Old Rock, William Fred
July 3, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  7/3/2013

s/Cassie Lerch

Cassandra Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

7/5/13
Date